UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TODD W. NELSON,

        Plaintiff,                ORDER

    v.                          Civil No. 07-2326 ADM/JSM

METROPOLITAN LIFE
INSURANCE COMPANY,

        Defendant.

---

    Before the Court is the Report and Recommendation dated December 22, 2009, of Magistrate Judge Janie S. Mayeron. There have been no objections to said Recommendation and based upon all the files and records herein IT IS HEREBY ORDERED THAT:

    Plaintiff Nelson's Motion for Award of Attorney's Fees and Costs [Docket No. 46] is GRANTED in part and DENIED in part. Nelson is awarded attorney's fees and costs in the amount of $58,842.26.

                                          BY THE COURT:

                                          s/Ann D. Montgomery

                                          JUDGE ANN D. MONTGOMERY
                                          U.S. DISTRICT COURT

Dated: January 11, 2010